# Exhibit C



What Do You Meme





## WHAT DO YOU MEME NEW PRODUCT LAUNCH

Around the holiday season, What Do You Meme wanted to generate buzz around their upcoming launch. Our team created a hashtag challenge and influencer integration campaign designed to generate user participation. We created an original sound and leveraged the audiences of dozens of notable influencers to maximize our reach. The campaign was a complete success!

**3M+**
TOTAL VIEWS

**350K**
TOTAL LIKES

**2.8M**
HASHTAG VIEWS

**75%**
WATCH RATE



### CREATIVE SOLUTION

Our team executed the following action items

- Ideated an influencer challenge
- Coordinated mutual influencer intergrations
- Produced an original sound
- Reimagined their content strategy

## VIDEOS CREATED FROM THE CAMPAIGN

Below are just a few of the videos created from the campaign. Feel free to watch! If you want to see more, just let us know.





Case Studies