**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------)
WHAT DO YOU MEME, LLC                     )
                                          )    Civil Action No. 25-cv-7783 (LAP)
                    Plaintiff,            )
        v.                                )
                                          )
THE 1525 CORP., SHUFFLE PRESENTS LLC;     )
JASON SIZER; and ZAENA CHERIF;            )
                                          )
                    Defendants.           )
------------------------------------------------------------)

**DEFAULT JUDGMENT**

WHEREAS, this action was commenced with filing of the summons and complaint on August 19, 2025;

WHEREAS, Plaintiff filed the Complaint against Defendants on September 19, 2025. D.E. 1.

WHEREAS, Defendant The 1525 Corp. ("1525 Corp.), who is not an infant, in the military or an incompetent person, was served with a copy of the summons and complaint via personal service on Angela Lewis, Authorized Agent, on October 22, 2025, as reflected in the affidavit of service and on the docket sheet by the proof of service filed on December 10, 2025 (Doc. No. 17).

WHEREAS, Defendant Shuffle Presents, LLC ("Shuffle"), who is not an infant, in the military or an incompetent person, was served with a copy of the summons and complaint via personal service on Tahim Hafiz, Authorized Agent on November 17, 2025, and by mailing a copy to Defendant at its last known address of 1860 W. 93rd Street, Chicago, Illinois 60643 on November 18, 2025, as reflected in the affidavit of service and on the docket sheet by the proof

of service filed on December 10, 2025 (Doc. No. 18).

WHEREAS, The Defendant 1525 Corp.'s Answer to the complaint was due on November 12, 2025.

WHEREAS, Defendant Shuffle's Answer to the Complaint was due on December 9, 2025

WHEREAS, Defendants The 1525 Corp and Shuffle (collectively "Defendants") have not filed an Answer or any other response to the Complaint.

WHEREAS, the Clerk entered Certificates of Default against Defendants on January 14, 2026 (D.E. 24 and 25).

WHEREAS, Plaintiff has filed an Order to Show Cause for entry of default judgment supported by the declarations of Jeffrey A. Lindenbaum and Michael A. Nesheiwat and other supporting documents;

WHEEREAS, the Court having reviewed the record, including Plaintiff's supporting papers for entry of Default Judgment, finds:

        a.     The Court has subject matter jurisdiction over the claims in this dispute;

        b.     The Court has personal jurisdiction over the Defendants;

        c.     Defendants having defaulted, are liable for Copyright Infringement, Trademark Infringement and Unjust Enrichment;

        d.     Defendants' infringement is deemed willful;

        e.     Plaintiff is entitled to Ninety Thousand US Dollars (**$90,000**) in damages as follows: (i) statutory damages under the Copyright Act, in the amount of $30,000; and (ii) recovery, under Plaintiff's Unjust Enrichment claim, of the $60,000 that was paid to Defendants.  Further the Court finds that these damages are reasonable and supported by

2

the record and the law and that under these circumstances and the evidence presented to the Court a hearing is unnecessary to further calculate a reasonable damages award; and

f.      Plaintiff is entitled to post-judgment interest.

NOW THEREFORE, it is hereby **ORDERED**:

1.      Plaintiff's Motion for Default Judgment against Defendants 1525 Corp and Shuffle is GRANTED.

2.      Final Judgment is ENTERED in favor of Plaintiff and against Defendants 1525 Corp and Shuffle on Counts II, III and VII of the Complaint, namely Unjust Enrichment, Trademark Infringement and Copyright Infringement.

3.      Defendants are enjoined from infringing Plaintiff's WHAT DO YOU MEME? trademark, and shall not use this mark, or any other mark that is confusingly similar to this mark, in connection with the sale or advertising of any goods or services.

4.      Defendants are enjoined from infringing the registered copyright works identified in Exhibit C to the Complaint, including Defendants shall not copy, reproduce, distribute, display or make derivative works of the copyrighted works in Exhibit C to the Complaint.

5.      Judgment and an award of damages is hereby entered in favor of Plaintiff and against Defendants, joint and severally, in the total amount of **$90,000**.

6.      Plaintiff is entitled to post-judgment interest measured from the date of the entry of the judgment, at a rate equal to the weekly average 1–year constant maturity Treasury yield for the calendar week preceding the date of the judgment, computed daily to the date of payment and compounded annually. 28 U.S.C. § 1961(a)-(b).

7.    The Clerk of the Court is directed to enter this Judgment and terminate this case.

**So ORDERED** this _18th_ day of _February_, 2026

United States District Judge

4